## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WILLIE C. MORRIS,

      Plaintiff,

                                    Case No. 12-15505

v.                                Hon. Gerald E. Rosen

                                  Magistrate Judge David R. Grand

PATRICIA A. FRESARD, *et al.,*

      Defendants.

_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____August 26, 2013_____

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

On May 9, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court dismiss, on a variety of grounds, the amended complaint filed by *pro se* Plaintiff Willie C. Morris against several state and local governmental agencies, two government officials, a medical facility, and two defense attorneys.  Plaintiff has not filed any objections to the R & R, and the deadline for doing so has passed.  Having reviewed the R & R and the underlying record, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety as the ruling of this Court.  Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

May 9, 2013 Report and Recommendation (docket #36) is ADOPTED as the opinion of

this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that

Defendants' motions to dismiss (docket #s 15, 18, 20, 21, and 28) are GRANTED, and

that Plaintiff's motion to amend his complaint (docket #35) and motion to return home

pending trial (docket #12) are DENIED.  IT IS FURTHER ORDERED, for the reasons

stated in the R & R, that Plaintiff's January 11, 2013 amended complaint is DISMISSED

WITH PREJUDICE as to the federal claims asserted in this pleading, and DISMISSED

WITHOUT PREJUDICE as to any state law claims asserted against Defendants Perry W.

Lewis and Jennipher Colthirst.


                               s/Gerald E. Rosen                  
                               Chief Judge, United States District Court

Dated:  August 26, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on August 26, 2013, by electronic and/or ordinary mail.

                               s/Julie Owens                    
                               Case Manager, (313) 234-5135