UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE C. MORRIS,

    Plaintiff,

v.

    Case No. 12-15505
    Hon. Gerald E. Rosen
    Magistrate Judge David R. Grand

PATRICIA A. FRESARD, *et al.,*

    Defendants.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     August 26, 2013

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

On May 9, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court dismiss, on a variety of grounds, the amended complaint filed by *pro se* Plaintiff Willie C. Morris against several state and local governmental agencies, two government officials, a medical facility, and two defense attorneys. Plaintiff has not filed any objections to the R & R, and the deadline for doing so has passed. Having reviewed the R & R and the underlying record, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety as the ruling of this Court. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 9, 2013 Report and Recommendation (docket #36) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Defendants' motions to dismiss (docket #s 15, 18, 20, 21, and 28) are GRANTED, and that Plaintiff's motion to amend his complaint (docket #35) and motion to return home pending trial (docket #12) are DENIED. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's January 11, 2013 amended complaint is DISMISSED WITH PREJUDICE as to the federal claims asserted in this pleading, and DISMISSED WITHOUT PREJUDICE as to any state law claims asserted against Defendants Perry W. Lewis and Jennipher Colthirst.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: August 26, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2013, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager, (313) 234-5135